UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCUS HAHN, | ) | NO. CV 07-01153-SGL (MAN) |
| Plaintiff, | ) ) | ORDER ACCEPTING AND ADOPTING |
| v. | ) ) | FINDINGS, CONCLUSIONS, AND |
| SIA MURPHY, et al., | ) ) | RECOMMENDATIONS OF UNITED STATES |
| Defendants. | ) ) | MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and defendants' Objections. The Court has conducted a *de novo* review of those matters in the Report and Recommendation to which objections have been stated. Having completed its review, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

**IT IS ORDERED** that: (1) defendants' motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is DENIED; and (2) defendants shall file an Answer to the Complaint within thirty (30) days of this Order.


**IT IS FURTHER ORDERED** that the Clerk serve copies of the Order on plaintiff and on counsel for defendants.

DATED:  3-11-09  .

　　　　　　　　　　　　　　　／s/ S. G. Larson
　　　　　　　　　　　　　　　STEPHEN G. LARSON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE