**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCUS HAHN, | ) NO. CV 07-1153-SVW (MAN) |
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING FINDINGS |
| SIA MURPHY, et al., | ) AND RECOMMENDATIONS OF |
| Defendants. | ) UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the motion for summary judgment filed by defendants Murphy, Bradley, and Bacon (the "Murphy Motion"), the motion for summary judgment filed by defendants Easton, Castaneda, and Younce (the "Easton Motion"), all of the records herein, the Amended Report and Recommendation of United States Magistrate Judge filed on September 23, 2011 ("Report"), plaintiff's Objections to the Report filed on December 20, 2011, and plaintiff's July 5, 2011 Objections to the Magistrate Judge's prior Report and Recommendation. The Court has conducted a *de novo* review of those portions of the Report to which objections have been stated in writing. The Court accepts the findings and recommendations set forth in the Report.

1       IT IS ORDERED that: (1) the Murphy Motion is granted pursuant to
2  Rule 56 of the Federal Rules of Civil Procedure; (2) the Easton Motion
3  is granted pursuant to Rule 56 of the Federal Rules of Civil Procedure;
4  and (3) Judgment shall enter dismissing this action with prejudice.

6       IT IS SO ORDERED.

8  DATED:  November 1, 2012.

                                       _____
                                              STEPHEN V. WILSON
                                       UNITED STATES DISTRICT JUDGE