UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARCUS HAHN,                        ) NO. CV 07-1153-SVW (MAN)
                                    )
          Plaintiff,                )
                                    )
     v.                             ) JUDGMENT
                                    )
SIA MURPHY, et al.,                 )
                                    )
          Defendants.               )
_____ )

     Pursuant to the Court's Order Accepting Findings and
Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the above-captioned action is dismissed with
prejudice.

DATED:  November 1, 2012.

                                    _____
                                         STEPHEN V. WILSON
                                    UNITED STATES DISTRICT JUDGE